## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| KENNETH BLAIR, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2:17-cv-02463-SHL-dkv |
|  | ) | |
| MAPCO EXPRESS, INC., | ) ) | |
| Defendant. | ) ) ) | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed July 5, 2017,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Notice of Dismissal with Prejudice (ECF No. 30), filed October 9, 2017, and being that no answer or motion for summary judgment has been filed with the Court, see Fed. R. Civ. P. 41(a)(1)(A)(i), judgment is entered and the matter is hereby **DISMISSED WITH PREJUDICE**.


APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE


October 12, 2017
Date